## Case No. 14,988.

UNITED STATES v. DOUGLASS.

[2 Cranch, C. C. 94.] [1]

Circuit Court, District of Columbia. Dec. Term, 1813.

WITNESS—FREEBORN MULATTO.

A freeborn mulatto is a competent witness against a white person.

Indictment for larceny. The defendant [Ruth Douglass] was a white woman. Nancy Butler, a freeborn mulatto, was permitted to testify for the United States, upon the authority of U. S. v. Mullany, at December term, 1808 [Case No. 15,832].

THRUSTON, Circuit Judge, absent.